UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14317-CIV-CANNON/Maynard

**JASMINE KOGER**,

     Plaintiff,
v.

**EVERGLADES HOUSING GROUP, INC.** *et al.*,

     Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND CLOSING CASE

**THIS CAUSE** comes before the Court upon Magistrate Judge Shaniek M. Maynard's Report and Recommendation (the "Report").  The Report recommends dismissal of this action without prejudice for Plaintiff's failure to prosecute [ECF No. 12].  Upon review, the Court **ACCEPTS** the Report [ECF No. 12] and **DISMISSES** this action without prejudice for failure to prosecute and comply with Court orders.

\*\*\*

On September 2, 2025, Plaintiff filed a pro se Complaint asserting that Defendants had violated several federal laws in terminating Plaintiff's residential lease [ECF No. 1].  Plaintiff also filed an accompanying Motion to Proceed *In Forma Pauperis* ("IFP") [ECF No. 3].  On October 3, 2025, Magistrate Judge Maynard issued an Order finding Plaintiff financially ineligible to proceed IFP and requiring her to pay the Court's filing fee by October 17, 2025 [ECF No. 8].  That Order expressly cautioned Plaintiff that any failure to comply could result in dismissal of the action without further notice [ECF No. 8 p. 3 (emphasis in original)].  That deadline passed with no timely payment or other activity by Plaintiff.

CASE NO. 25-14317-CIV-CANNON/Maynard

Then, on November 18, 2025, Judge Maynard issued a second Order sua sponte granting Plaintiff a limited extension of the deadline to pay the filing fee [ECF No. 9]. That Order required Plaintiff to comply by December 1, 2025 [ECF No. 9 p. 1]. Judge Maynard again cautioned Plaintiff that failure to comply could result in dismissal without further notice for failure to prosecute and comply with Court orders [ECF No. 9 p. 1 (emphasis in original)]. Again, this deadline passed with no timely payment or other indication by Plaintiff of an intent to comply. As of now, Plaintiff has neither timely paid the Court's filing fee nor taken any further action to pursue her claims.

Because Plaintiff has been given two separate opportunities to comply with the mandatory filing fee requirement and still has failed to comply [ECF Nos. 8–9], and pursuant to the Court's inherent power to manage its docket, *Betty K. Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005), it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report is **ACCEPTED** [ECF No. 12] as clarified herein.
2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and compliance with Court orders.
3. The Clerk is directed to **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of January 2026.

                                                     **AILEEN M. CANNON**
                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

Jasmine Koger
jasmine34972@gmail.com
PRO SE